## 59426. BAGLEY v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his conviction for aggravated assault. He contends the trial judge erred in charging the substance of Code Ann. § 26-902 (b) (CCG § 26-902 (b); Ga. L. 1968, pp. 1249, 1272) because there was no evidence that the defendant and the person he stabbed were "engaged in a combat by agreement." *Held:*

"Even though not every phrase and portion of the Code section be applicable, it is generally held that a new trial will not be granted if the court gave in charge an entire statute or Code provision where a part thereof is applicable even though a part may be inapplicable under

the facts in evidence." *Rowles v. State,* 143 Ga. App. 553, 557 (3) (239 SE2d 164). Accord, *Pippin v. State,* 205 Ga. 316 (9) (53 SE2d 482). Hence, it was not reversible error for the trial judge to give a charge on Code Ann. § 26-902 (b), parts of which were applicable to the factual situation, even though a portion thereof was not specifically pertinent. *Highland v. State,* 127 Ga. App. 518, 519 (1) (194 SE2d 332); *Harrison v. State,* 138 Ga. App. 419, 420 (2) (226 SE2d 480); *Ford v. State,* 232 Ga. 511, 517 (12) (207 SE2d 494).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED FEBRUARY 13, 1980 — DECIDED MARCH 7, 1980.

*T. Peter O'Callaghan, Jr.,* for appellant.

*William A. Foster, III, District Attorney, Daniel J. Sammons, Assistant District Attorney,* for appellee.